IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 10-cr-00317-REB-01

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. CURTIS L. MORRIS,

 Defendant.

## ORDER

**Blackburn, J.**

  The matter is before me *sua sponte* on the notices [#322][1] and [#323] filed pro se by defendant, Curtis L. Morris, on October 13 and 14, 2011, respectively. I strike the notices.

  As I rehearsed in my previous **Order** [#313] entered September 29, 2011, and reiterated in my **Order** [#317] entered October 3, 2011, when a defendant is represented by counsel, as Mr. Morris is, this court will not accept pro se filings from that defendant. Such pro se filings are improper, whether in the form of a notice, a motion, or otherwise. **See United States v. Nichols**, 374 F.3d 959, 964 n.2 (10th Cir. 2004) (citing **United States v. Guadalupe**, 979 F.2d 790, 795 (10th Cir. 1992)), reviewed on other grounds, 125 S.Ct. 1082 (2005).

  Once again, the papers filed by Mr. Morris purport to be notices, However, as did his previous notices [#312] and [#316], these two, new notices both seek and demand relief and/or response from this court and/or the government. Therefore, once again, these latest so-called notices constitute motions subject to the criminal practice standards and extant orders of this court and the Federal Rules of Criminal Procedure, specifically, Rules 12 and

---

[1]"[#322]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

47.[2]

Additionally, in my **Order** [#317] entered October 3, 2011, I provided expressly,

> That subject to the penalties for contempt of court, as long as the defendant, Curtis L. Morris, is represented in this action by an attorney, he is **ENJOINED** and **RESTRAINED** from filing papers in any form in this action without the advance permission of this court.

Order [#317] at 2, ¶ 2. (Emphasis in original). Accordingly, the filing of these latest notices appear to violate my order [#317]. Arguably, the filing of these latest notices in violation of my order [#317] constitute contempt of court. Thus, an order to show cause should issue requiring Mr. Morris to show cause why he should not be held in contempt of this court and punished accordingly.

**THEREFORE, IT IS ORDERED** as follows:

1. That the notices [#322] and [#323] filed pro se by defendant, Curtis L. Morris, on October 13 and 14, 2011, respectively, are **STRICKEN**; and

2. That subject to the penalties for contempt of court, as long as the defendant, Curtis L. Morris, is represented in this action by an attorney, he is **ENJOINED** and **RESTRAINED** from filing papers in any form in this action without the advance permission of this court.

Dated October 18, 2011, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge

---

[2] Once again, for further analysis of this issue, see my **Order** [#235] entered May 17, 2011, at pages 2-3.