# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 10-cr-00317-REB-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. RICHARD KELLOGG ARMSTRONG,

    Defendant.

## AMENDED ORDER[1]

**Blackburn, J.**

The matter is before me once again on the **Motion For Leave To File An Amicus Curiae Brief** [#334][2] filed October 19, 2011, by the "Legal Accountability Workgroup" by an unidentified representative. I deny the motion.

Having considered the record, the motion [#334], the proposed amicus brief [#326], and the response [#344], I find and conclude as follows: (1) that the proposed amicus brief is neither timely nor useful; (2) that the issues made the myopic focus of the proposed amicus brief has been considered and resolved; and (3) that the proposed

---

[1] I enter this amended order on the heels of the **Order** [#350] entered November 7, 2011, to recite correctly that this motion was not filed by Mr. Armstrong, but instead, purportedly by an organization that is not a party to this action.

[2] "[#334]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

amicus brief is not submitted by attorney who is a member of the bar of this court.[3]

Thus, the motion should be denied.

        **THEREFORE, IT IS ORDERED** as follows:

        1.  That the  **Motion For Leave To File An Amicus Curiae Brief** [#334] filed October 19, 2011, by the Legal Accountability Workgroup  is **DENIED**; and

        2.  That this amended order **SUPPLANTS** and **SUPERSEDES** the **Order** [#350] filed November 7, 2011.

        Dated November 8, 2011, at Denver, Colorado.

                                            **BY THE COURT:**

                                            Robert E. Blackburn
                                            United States District Judge

---

[3] I adopt, approve, and incorporate the reasons stated, arguments advanced, and authorities cited by the government in its response [#344] filed October 31, 2011.