IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 10-cr-00317-REB-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. RICHARD KELLOGG ARMSTRONG,

    Defendant.

## ORDER STRIKING NOTICE

**Blackburn, J.**

The matter is before me on the **Notice to the Clerk of the Court, Gregory C. Langham, To Enter Petitioner's Documents Into Case No. 10-cr-00317-REB-2 And 10-cv-01073-MSK-MEH** [#363][1] filed November 23, 2011, by defendant, Richard Kellogg Armstrong. I strike the notice.[2]

During the proceedings on April 7, 2011, I admonished and instructed Mr. Armstrong, to cease and desist from filing notices in lieu of motions. I rehearsed this requirement in the order [#235] I entered on May 17, 2011. See Order [#235] at 6-7, ¶ 3.a. I reiterated this requirement in the order [#241] I entered May 31, 2011. See Order [#241] at 2. I perseverated this requirement in the order [#251] I entered June 10, 2011.

---

[1] "[#363]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

[2] As I have done assiduously during the time that Mr. Armstrong has represented himself, I construe his papers liberally. See **Erickson v. Pardus**, 551 U.S. 89, 127 S. Ct. 2197, 2200, 167 L.Ed.2d 1081 (2007); **Andrews v. Heaton**, 483 F.3d 1070, 1076 (10th Cir. 2007); **Hall v. Belmon**, 935 F.2d 1106, 1110 (10th Cir. 1991) (citing **Haines v. Kerner**, 404 U.S. 519, 520-21 (1972)).

See Order [#251] at 2.

Notwithstanding my oral and written orders, Mr. Armstrong filed the "notice" [#363] described above. The filing by Mr. Armstrong of this latest notice has not been authorized by the court. Thus, his unauthorized and contumacious notice will be stricken as violative of my oral and written orders. Additionally, I will reiterate and asseverate my orders that Mr. Armstrong cease and desist from filing notices in lieu of motions and that he not file any additional pretrial motions without advance leave of this court.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Notice to the Clerk of the Court, Gregory C. Langham, To Enter Petitioner's Documents Into Case No. 10-cr-00317-REB-2 And 10-cv-01073-MSK-MEH** [#363] filed November 23, 2011, by defendant, Richard Kellogg Armstrong, is stricken;

2. That once again the defendant, Richard Kellogg Armstrong, subject to the penalties for contempt of court:

   a. shall not file any paper as a "notice" (as opposed to and distinguished from a "motion") without advance leave of the court; and

   b. shall not file any pretrial motion without advance leave of the court;[3] and

3. That this order supplements and ratifies the related, extant orders [#235],

---

[3] This proscription does not affect the filing of any motion authorized during the status conference conducted on November 1, 2011. *See* Courtroom Minutes [#347] filed November 1, 2011, at 3, ¶¶ 5, 6, and 7.

[#241], and [#251] entered by the court.

Dated November 28, 2011, at Denver, Colorado.

**BY THE COURT:**

/s/ Bob Blackburn
Robert E. Blackburn
United States District Judge