**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00317-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CURTIS L. MORRIS, and
2. RICHARD KELLOGG ARMSTRONG,

    Defendants.

---

## MINUTE ORDER[1]

---

    Due to a conflict arising on the court's calendar, the Show Cause Hearings set for January 26, 2012, are **VACATED** and are **RESET** to **January 24, 2012**, at 9:00 a.m. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendants' appearances for this hearing.

    Dated: January 6, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.