**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  10-cr-00317-REB-01

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  CURTIS L. MORRIS,

     Defendant.

---

**MINUTE ORDER[1]**

---

The matter is before the court *sua sponte*.  This matter is set for an initial appearance on the court's **Order To Show Cause** [#436][2] entered March 21, 2012, on April 4, 2012.  The court is also conducting a Trial Preparation Conference on Friday, April 6, 2012, at 1:30 p.m. in this case.  The court has concluded that the hearing on the **Order to Show Cause** can be conducted at the time of the Trial Preparation Conference and that the hearing on April 4, 2012, should be vacated.

     **THEREFORE, IT IS ORDERED** as follows:

     1.  That the hearing on the court's  **Order To Show Cause** [#436] set for April 4, 2012, is **VACATED** and is **CONTINUED** to **April 6, 2012**, at 1:30 p.m.; and

     2.  That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

     Dated:  March 29, 2012

---

[1]  This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2]  "[#436]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.