IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 10-cr-00317-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CURTIS L. MORRIS, and
2. RICHARD KELLOGG ARMSTRONG,

    Defendants.

## MINUTE ORDER[1]

On May 24, 2012, the court conducted a telephonic setting conference to set an advisement and arraignment on the various Orders To Show Cause issued by this court. After conferring with counsel and with their consent,

**IT IS ORDERED** as follows:

1. That on **June 22, 2012**, commencing at 2:00 p.m., the court shall conduct an advisement and arraignment in this case, the court reserving one (1) hour for this hearing; and

2. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendants' appearances for this hearing.

Dated: May 24, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.