**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00317-REB-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. RICHARD KELLOGG ARMSTRONG,

    Defendant.

## MINUTE ORDER[1]

    The matter comes before the court *sua sponte*. This matter is set for a trial to the court regarding contempt charges. The matter was set to commence at 9:00 a.m. on September 7, 2012. This hearing shall now commence at **8:30 a.m.** on September 7, 2012.

    **IT IS FURTHER ORDERED** that, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing at this new time.

    Dated: September 4, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.