# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 10-cr-00317-REB

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

2.  RICHARD KELLOGG ARMSTRONG,

    Defendant.

## JUDGMENT ON CONTEMPT

    On September 7, 2012, the defendant, Richard Kellogg Armstrong, was found guilty of criminal contempt in violation of 18 U.S.C. § 401 as charged in each of the six Orders to Show Cause docketed as No. 378, No. 513, No. 514, No. 515, No. 541, and No. 547.

    Presentence investigation and report were waived, and the Court proceeded to immediate sentencing.

    This Judgment on Contempt is entered on the findings of fact, conclusions of law, judgments of conviction, sentences, and orders entered in open court on September 7, 2012.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That judgment of conviction under Fed. R. Crim. P. 32(k) is entered on each of the six counts of criminal contempt in violation of 18 U.S.C. § 4013 as charged in each of the six orders to show cause docketed as Nos. 378, 513, 514, 515, 541, and 547;

2. That pursuant to the Sentencing Reform Act of 1984, and the combined provisions of 18 U.S.C. §§ 401, 3553(a)(1)-(7) and 3621(a), and Fed. R. Crim. P. 42, it is the judgment and sentence of this court that the defendant is committed to the custody of the Bureau of Prisons to be imprisoned for a term of **six (6) months** on each of the six counts of criminal contempt, which sentences on these six counts shall be served concurrently with each other, but consecutively to any previously imposed sentences, including the sentences imposed in the **Order of Contempt** [#484] entered April 17, 2012, the **Order of Contempt** [#510] entered May 1, 2012, and the **Judgment in a Criminal Case** [#588] entered August 14, 2012;

3. That no additional term of supervised release is imposed;

4. That no fines are imposed;

5. That the defendant shall pay forthwith a special victim's fund assessment fee of $100.00 for each count of conviction, for a total of $600.00; and

6. That the mandatory drug-testing provisions of 18 U.S.C. § 3583(d) are waived.

DATED at Denver, Colorado, October 3, 2012.

BY THE COURT:

Robert E. Blackburn
United States District Judge