IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 10-cr-00317-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.    RICHARD KELLOGG ARMSTRONG,

    Defendant.

## AMENDED FINAL ORDER OF FORFEITURE

**Blackburn, J.**

The matter is before me on the **United States' Motion for Final Order of Forfeiture** [#721][1] filed September 11, 2013. The Court having reviewed the motion, the record, and the applicable law finds and concludes as follows.

The United States commenced this action pursuant 18 U.S.C. §§ 981(a)(1)(C), 982(a)(1), and 28 U.S.C. § 2461(c), as set forth in the Superseding Indictment returned on February 15, 2011.

A Preliminary Order of Forfeiture was entered on June 25, 2012.

Sharon Armstrong was noticed via certified and regular mail on July 10, 2012, at 30 Perkins Drive, Prescott Arizona. Both the certified and regular mail notices were returned by the post office on July 18, 2012, indicating a forwarding address of 1642 McCulloch Blvd., N #391, Lake Havasu City, Arizona. On July 19, 2012, the United States sent another notice

---

[1] "[#721]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

1

to Sharon Armstrong via certified and regular mail to the forwarding address at 1642 McCulloch Blvd., N, #391, Lake Havasu City, Arizona. The certified notice was returned by the post office on August 20, 2012, stating it was unclaimed. The regular mail notice sent to 1642 McCulloch Blvd., N, #391, Lake Havasu City, Arizona was not returned.

Foreign Enterprises was noticed via certified and regular mail on July 10, 2012, at 14255 Harvest Mile Road, Brighton, Colorado and 1802 N. Carson St., Suite. 108-3087, Carson City, Nevada. The certified mail sent to 14255 Harvest Mile Road, Brighton, Colorado was received and signed for by Mary Sands. The certified mail sent to 1802 N. Carson St., Suite. 108-3087, Carson City, Nevada was received on July 13, 2012, and signed for by Julie Bower.

All known interested parties were provided an opportunity to respond and that publication has been effected as required by 21 U.S.C. § 853(n).

The time for any other third-party to file a petition expired on September 13, 2012.

As of September 19, 2012, no Petition for Ancillary Hearing has been filed by any petitioner.

It further appears there is cause to issue a forfeiture order under 18 U.S.C. §§ 981(a)(1)(C), 982(a)(1), and 28 U.S.C. § 2461(c).

**THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED**:

1. That the **United States' Motion for Final Order of Forfeiture** [#721] filed September 11, 2013, is **GRANTED**;

2. That judgment of forfeiture shall enter as to the following:

   a. a $1,637,481.61 money judgment, representing the amount of proceeds obtained by the defendant, less any funds obtained from the forfeiture of directly traceable assets;

b. Real property, including all attachments thereto, located at 14255 Harvest Mile Road, Brighton, Colorado, which is more fully described as follows:

> Parcel B: Legal Description of a parcel of land being a portion of the Northeast Quarter of Section 19, Township 1 South, Range 65 West of the 6th P.M., Adams County, Colorado, being more particularly described as follows:
>
> Beginning at the Northeast corner of said Section19 and considering the East line of the Northeast Quarter of said Section 19 as bearing South 00 Degrees 00 Minutes 00 Seconds West and with all bearings contained herein relative thereto: thence along said East line South 00 Degrees 00 Minutes 00 Seconds West 663.14 feet to the True Point of Beginning; thence continuing along said East line South 00 Degrees 00 Minutes 00 Seconds West 663.14 feet; thence departing said East line North 89 Degrees 11 Minutes 35 Seconds West 2643.11 feet to a point on the North-South centerline of said Section 19; thence along said North-South centerline North 00 Degrees 06 Minutes 25 Seconds West 664.71 feet; thence departing said North-South centerline South 89 Degrees 09 Minutes 30 Seconds East 2641.89 feet to the True Point of Beginning, except any part lying within county roads, County of Adams, State of Colorado; and

c. Beech Aircraft A36, FAA Registration Number N5509Y, Serial Number E-2527,

in favor of the United States pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982(a)(1), and 28 U.S.C. § 2461(c), free from the claims of any other party;

    3. That the United States shall have full and legal title and may dispose, including sell, in accordance with law the following assets:

a. Real property, including all attachments thereto, located at 14255 Harvest Mile Road, Brighton, Colorado, which is more fully described as follows:

> Parcel B: Legal Description of a parcel of land being a portion of the Northeast Quarter of Section 19, Township 1 South, Range 65 West of the 6th P.M., Adams County, Colorado, being more particularly described as follows:
>
> Beginning at the Northeast corner of said Section19 and considering the East line of the Northeast Quarter of said

> Section 19 as bearing South 00 Degrees 00 Minutes 00 Seconds West and with all bearings contained herein relative thereto: thence along said East line South 00 Degrees 00 Minutes 00 Seconds West 663.14 feet to the True Point of Beginning; thence continuing along said East line South 00 Degrees 00 Minutes 00 Seconds West 663.14 feet; thence departing said East line North 89 Degrees 11 Minutes 35 Seconds West 2643.11 feet to a point on the North-South centerline of said Section 19; thence along said North-South centerline North 00 Degrees 06 Minutes 25 Seconds West 664.71 feet; thence departing said North-South centerline South 89 Degrees 09 Minutes 30 Seconds East 2641.89 feet to the True Point of Beginning, except any part lying within county roads, County of Adams, State of Colorado; and

    b.    Beech Aircraft A36, FAA Registration Number N5509Y, Serial Number E-2527; and

4. That the Final Order of Forfeiture entered on September 19, 2012 [#598] as to the real property, including all attachments thereto, located at 30 Perkins Drive, Prescott, Arizona; which is more fully described as

> Lot 26 and the East Half of Lot 27, Block "A", amended map of Antelope Hills Second Subdivision, according to the plat of record in the office of the Yavapai County Recorder in Book 6 of Maps, page 45, County of Yavapai, State of Arizona,

is **VACATED**.

Dated September 13, 2013, at Denver, Colorado.

                                **BY THE COURT:**

                                */s/ Robert E. Blackburn*
                                Robert E. Blackburn
                                United States District Judge